UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERMAIN MARVIN ALEXANDER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-11100 |
| | * | |
| STEPHEN SPAULDING, Warden, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

March 4, 2019

TALWANI, D.J.

Pursuant to the court's <u>Memorandum and Order</u> [#10] ALLOWING Respondent's <u>Motion to Dismiss</u> [#8], the petition under 28 U.S.C. § 2241 for a writ of habeas corpus is hereby DISMISSED. This case is CLOSED.

IT IS SO ORDERED.

                                               /s/ Indira Talwani
                                               United States District Judge